IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN D. EMORY, | : | |
| Plaintiff | : | |
| v. | : | CIVIL NO. 4:CV-16-1892 |
| VINCENT MOONEY, ET AL., | : | (Judge Brann) |
| Defendants | : | |

## **ORDER**

November 16, 2016

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915.

2. The Clerk of Court is directed to **CLOSE** the case.

3. Any appeal from this Order will be deemed frivolous, without probable cause and not taken in good faith.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge